IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Bouye, Connie A

Printed: 03/24/09

Case Number: 06 B 13790
Judge: Hollis, Pamela S
Filed: 10/26/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 2, 2009
Confirmed:   December 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,920.00 |  |
| Secured: |  | 13,423.10 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,517.59 |
| Trustee Fee: |  | 979.31 |
| Other Funds: |  | 0.00 |
| Totals: | 16,920.00 | 16,920.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,354.00 | 2,517.59 |
| 2. | Wells Fargo Auto Finance | Secured | 25,266.53 | 12,256.34 |
| 3. | Credit Union One | Secured | 1,287.39 | 640.80 |
| 4. | Balaban Furniture Ltd | Secured | 1,147.69 | 525.96 |
| 5. | Illinois Dept of Revenue | Priority | 1,810.43 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 21.15 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 834.50 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 6.24 | 0.00 |
| 9. | Balaban Furniture Ltd | Unsecured | 105.14 | 0.00 |
| 10. | Credit Union One | Unsecured | 3.65 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 21.43 | 0.00 |
| 12. | T Mobile USA | Unsecured | 57.83 | 0.00 |
| 13. | Wells Fargo Auto Finance | Unsecured | 0.00 | 0.00 |
| 14. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 15. | David J Axelrod & Assoc | Unsecured |  | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 17. | FCNB Master Trust | Unsecured |  | No Claim Filed |
| 18. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 19. | Sprint | Unsecured |  | No Claim Filed |
| 20. | National Credit | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,915.98 | $ 15,940.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bouye, Connie A

Printed: 03/24/09

Case Number: 06 B 13790
Judge: Hollis, Pamela S
Filed: 10/26/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 121.83 |
| 5.4% | 395.84 |
| 6.5% | 238.32 |
| 6.6% | 223.32 |
|  | $ 979.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

